IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Arthur Hernandez,** | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. H-13-2494 |
| v. | § | |
| | § | |
| **Flatonia Independent School District, et al,** | § | |
| Defendants. | § | |

## O R D E R

In accordance with the Stipulation of Dismissal filed on February 25, 2014 (docket entry no. 18), this action is dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 26th day of February, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE